■ RICKY L. MILES et al., Respondents, v CONSOLIDATED RAIL CORPORATION, Appellant. (Appeal No. 2.) [690 NYS2d 468] —Order unanimously affirmed with costs. Same Memorandum as in *Miles v Consolidated Rail Corp.* (261 AD2d 969 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Discovery.) Present—Green, J. P., Wisner, Pigott, Jr., Hurlbutt and Scudder, JJ.

■ MISERENDINO, CELNIKER, SEEGERT & ESTOFF, P. C., Appellant, v THOMAS J. MURPHY, Respondent. (Appeal No. 1.) [690 NYS2d 467] —Appeal unanimously dismissed without costs (*see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Judgment and Order of Supreme Court, Erie County, Gorski, J.—Summary Judgment.) Present—Green, J. P., Wisner, Pigott, Jr., Hurlbutt and Scudder, JJ.